# In the United States Court of Federal Claims

No. 20-1784

(Filed: December 23, 2021)

|  |  |
|---|---|
| **CHEVRON U.S.A. INC. et al.**, | ) |
| Plaintiffs, | ) |
| v. | ) |
| **UNITED STATES**, | ) |
| Defendant. | ) |

## SCHEDULING ORDER

Before the court is the parties' joint status report containing a proposed discovery plan. *See* ECF No. 31.  The court adopts the parties' proposed schedule:

| Event | Deadline |
|---|---|
| Initial disclosures | January 14, 2022 |
| Commencement of fact discovery | February 1, 2022 |
| Close of fact discovery | August 1, 2023 |
| Plaintiffs to designate affirmative expert witnesses and provide reports | August 1, 2024 |
| Defendant to designate expert witnesses and provide reports | October 1, 2024 |
| Plaintiffs to designate rebuttal expert witnesses and provide rebuttal reports | November 15, 2024 |
| Close of expert discovery and completion of expert witness depositions | January 15, 2025 |

It is so **ORDERED**.

s/ Charles F. Lettow
Charles F. Lettow
Senior Judge
