# In the United States Court of Federal Claims

No. 20-1784

(Filed: December 14, 2022)

|  |  |
|---|---|
| **CHEVRON U.S.A. INC. et al.**, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) |
| **UNITED STATES**, | ) ) ) |
| Defendant. | ) ) ) ) |

## ORDER

Pending before the court is the parties' joint motion, filed December 13, 2022, to amend the discovery schedule. ECF No. 47. The parties ask the court to modify the existing discovery schedule to "extend fact discovery by six months" from August 1, 2023, to February 1, 2024. *Id.* at 1. The parties "are in the process of exchanging documents" but maintain that "additional time is needed . . . to ensure that the parties have adequate opportunity to review their respective document productions and, if necessary, conduct additional fact discovery." *Id.* Under the proposed amended schedule, "[t]he deadlines for expert discovery would remain unchanged." *Id.*

The parties' joint motion is GRANTED. The court adopts the parties' amended discovery schedule:

| Event | Deadline |
|---|---|
| Close of fact discovery | February 1, 2024 |
| Plaintiffs to designate affirmative expert witnesses and provide reports | August 1, 2024 |
| Defendant to designate expert witnesses and provide reports | October 1, 2024 |
| Plaintiffs to designate rebuttal expert witnesses and provide rebuttal reports | November 15, 2024 |

| | |
|---|---|
| Close of expert discovery and completion of expert witness depositions | January 15, 2025 |

It is so **ORDERED**.

<u>s/ Charles F. Lettow</u>  
Charles F. Lettow  
Senior Judge