# In the United States Court of Federal Claims

No. 20-1784

(Filed: December 15, 2023)

|  |  |
|---|---|
| **CHEVRON U.S.A. INC. et al.**, | ) |
| Plaintiffs, | ) |
| v. | ) |
| **UNITED STATES**, | ) |
| Defendant. | ) |

## ORDER

Pending before the court is the parties' joint motion to amend the discovery schedule. ECF No. 52. The parties ask the court to "extend the deadlines in the case schedule by six months." *Id.* at 1. The parties "have worked diligently on discovery" but "agree that additional time is needed . . . to ensure . . . adequate opportunity to review their respective document productions and, if necessary, . . . conduct additional discovery." *Id.*

For good cause shown, the parties' joint motion to amend the discovery schedule is **GRANTED**. The court adopts the parties' proposed schedule:

| Event | Deadline |
|---|---|
| Close of fact discovery | August 1, 2024 |
| Plaintiffs to designate affirmative expert witnesses and provide reports | February 1, 2025 |
| Defendant to designate expert witnesses and provide reports | April 1, 2025 |
| Plaintiffs to designate rebuttal expert witnesses and provide rebuttal reports | May 15, 2025 |
| Close of expert discovery and completion of expert witness depositions | July 15, 2025 |

It is so **ORDERED**.

                                                 s/ Charles F. Lettow  
                                                 Charles F. Lettow  
                                                 Senior Judge