# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

|  |  |
|---|---|
| CHEVRON U.S.A. INC., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | No. 20-1784 |
| ) | (Senior Judge Lettow) |
| v. ) | |
| THE UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

## JOINT MOTION TO AMEND DISCOVERY SCHEDULE

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, Plaintiffs Chevron U.S.A. Inc., Texaco Downstream Properties Inc., and Union Oil Company of California, and Defendant, the United States, respectfully submit this joint motion to amend the scheduling order. The parties respectfully request a modified scheduling order to extend the deadlines in the case schedule by six months.

The parties have continued working diligently on discovery, serving and responding to written discovery requests. The parties agree that additional time is needed for fact discovery to ensure that the parties have adequate opportunity to review their respective document productions, produce additional documents, and conduct additional fact discovery, which is ongoing. Towards this end, the parties propose to extend the deadlines in the current schedule by six months.

For the reasons stated above, the parties respectfully submit the following proposed amended discovery schedule:

| | |
|---|---|
| February 3, 2025 | Close of fact discovery; |
| August 1, 2025 | Deadline for Plaintiffs to designate affirmative expert witnesses and provide report(s) required by RCFC 26(a)(2); |
| October 1, 2025 | Deadline for Defendant to designate expert witnesses and provide report(s) required by RCFC 26(a)(2); |
| November 14, 2025 | Deadline for Plaintiffs to designate rebuttal expert witnesses and provide rebuttal expert report(s); and |
| January 15, 2026 | Close of expert discovery and completion of expert witness depositions. |

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/  Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

/s/ Michael W. Kirk
*Counsel of Record*
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
mkirk@cooperkirk.com

/s Matthew P. Roche
MATTHEW P. ROCHE
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20530
Tel:    (202) 616-0466
Fax:    (202) 514-8624
Matthew.P.Roche@usdoj.gov

Attorney for Plaintiff

Dated:  July 3, 2024

Attorneys for Defendant

Dated: July 3, 2024

2