# In the United States Court of Federal Claims

No. 20-1784

(Filed: July 8, 2024)

| | |
|---|---|
| **CHEVRON U.S.A. INC. et al.**, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| **UNITED STATES**, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

## ORDER

Pending before the court is the parties' joint motion to amend the discovery schedule. ECF No. 54.  The parties ask the court to "extend the deadlines in the case schedule by six months." *Id.* at 1.  The parties represent that they "have continued working diligently on discovery" but "agree that additional time is needed for fact discovery to ensure that the parties have adequate opportunity to review their respective document productions, produce additional documents, and conduct additional fact discovery." *Id.*

For good cause shown, the parties' joint motion to amend the discovery schedule is **GRANTED**.  The court adopts the parties' proposed schedule:

| Event | Deadline |
|---|---|
| Close of fact discovery | February 3, 2025 |
| Plaintiffs to designate affirmative expert witnesses and provide reports | August 1, 2025 |
| Defendant to designate expert witnesses and provide reports | October 1, 2025 |
| Plaintiffs to designate rebuttal expert witnesses and provide rebuttal reports | November 14, 2025 |
| Close of expert discovery and completion of expert witness depositions | January 15, 2026 |

It is so **ORDERED**.

s/ Charles F. Lettow
Charles F. Lettow
Senior Judge