# In the United States Court of Federal Claims

No. 20-1784C

(Filed: October 2, 2024)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CHEVRON U.S.A. INC., *et al.*,

        Plaintiffs,

v.

THE UNITED STATES,

        Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

The Court has reviewed the third amended discovery schedule issued by Judge Charles F. Lettow on July 8, 2024. *See* Order (ECF 55). The Court hereby amends the schedule, and, accordingly, the parties are directed to file a joint status report proposing further proceedings after the close of all discovery by no later than **January 29, 2026**.

**IT IS SO ORDERED**.

                                          s/ Stephen S. Schwartz
                                          STEPHEN S. SCHWARTZ
                                          Judge