IN THE UNITED STATES COURT OF FEDERAL CLAIMS

|  |  |  |
|---|---|---|
| CHEVRON U.S.A. INC., *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 20-1784 |
| v. | ) ) ) | (Judge Schwartz) |
| THE UNITED STATES, | ) ) ) | |
| Defendant. | ) ) ) | |

JOINT STATUS REPORT AND
JOINT MOTION TO AMEND SCHEDULING ORDER

Plaintiffs Chevron U.S.A., Inc., Texaco Inc., and Union Oil Company of California ("Plaintiffs") and defendant United States hereby respectfully submit the following Joint Motion to Amend Scheduling Order and Joint Status Report.[1]

On October 1, 2025, the United States filed an unopposed motion to stay discovery in light of lapse of appropriations (*See* Dkt. 67). As the Government explained in that motion, absent an appropriation, Department of Justice attorneys were prohibited from working, even on a voluntary basis, except in very limited circumstances. On October 3, 2025, this Court granted the motion and vacated the previous discovery scheduling order set by ECF 62. (*See* Dkt. 68). The Court ordered the parties to file this joint status report "proposing any necessary

---

[1] Counsel for defendant United States has reviewed and approved this Joint Status Report and authorized its filing on behalf of the United States as well.

1

deadlines and further proceedings in the case within 7 days of the restoration of funding." On November 13, the United States notified the Court that Congress had "appropriated funds for the Department [of Justice] through January 30, 2026" and that Department of Justice attorneys were "permitted to resume their usual civil litigation functions as of . . . November 13, 2025." (Dkt. 69).

The parties now submit this joint status report and joint motion to amend the scheduling order to propose necessary updates to the pending deadlines and further proceedings in the case. Given the 43-day lapse in appropriations, the parties recognize that counsel for the United States has conflicts in scheduling with several cases lifting stays at the same time. The parties respectfully propose to modify the scheduling order, extending all dates for fact and expert discovery by not only the 43-day shutdown period (approximately 6 weeks), but also by an additional two weeks to account for counsel's resulting post-shutdown conflicts.

For the reasons stated above, the parties respectfully submit the following proposed amended discovery schedule:

| | |
|---|---|
| February 2, 2026 | Close of fact discovery; |
| April 29, 2026 | Deadline for Plaintiffs to designate affirmative expert witnesses and provide report(s) required by RCFC 26(a)(2); |
| June 29, 2026 | Deadline for Defendant to designate expert witnesses and provide report(s) required by RCFC 26(a)(2) |
| August 11, 2026 | Deadline for Plaintiffs to designate rebuttal expert witnesses and provide rebuttal expert report(s); |

| | |
|---|---|
| October 13, 2026 | Close of expert discovery and completion of expert witness depositions; and |
| October 27, 2026 | Parties to file a joint status report proposing further proceedings after the close of all discovery. |

* * * * *

Dated: November 19, 2025                                    Respectfully submitted,

/s/Michael W. Kirk                                          BRETT A. SHUMATE
MICHAEL W. KIRK                                             Assistant Attorney General
*Counsel of Record*
COOPER & KIRK, PLLC                                         PATRICIA M. McCARTHY
1523 New Hampshire Avenue, N.W.                             Director
Washington, D.C. 20036
(202) 220-9600                                              FRANKLIN E. WHITE, JR.
(202) 220-9601 (fax)                                        Assistant Director
mkirk@cooperkirk.com
                                                             /s/ Matthew P. Roche
                                                            MATTHEW P. ROCHE
                                                            Trial Attorney
                                                            Commercial Litigation Branch
                                                            Civil Division
                                                            United States Department of Justice
                                                            P.O. Box 480
                                                            Ben Franklin Station
                                                            Washington, D.C. 20530
                                                            Tel:   (202) 616-0466
                                                            Fax:   (202) 514-8624
                                                            Matthew.P.Roche@usdoj.gov


*Attorney for Plaintiffs*                                   *Attorneys for Defendant*