# In the United States Court of Federal Claims

No. 20-1784C
(Filed: November 21, 2025)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| CHEVRON U.S.A. INC., *et al.*, | \* |
| | \* |
| Plaintiffs, | \* |
| | \* |
| v. | \* |
| | \* |
| THE UNITED STATES, | \* |
| | \* |
| Defendant. | \* |
| | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

The Court is in receipt of the parties' joint status report and joint motion to amend scheduling order pursuant to the Court's order of October 3, 2025, granting Defendant's unopposed motion for a stay of discovery in light of the lapse of appropriations. *See* Joint Status Report and Motion (ECF 70); Order (ECF 68); Motion (ECF 67). The Court **GRANTS** the joint motion, and the stay of discovery is hereby **LIFTED**. The following amended discovery schedule shall govern the case:

| Event | Date |
|---|---|
| Close of fact discovery | February 2, 2026 |
| Plaintiffs to designate affirmative expert witnesses and provide report(s) required by RCFC 26(a)(2) | April 29, 2026 |
| Defendant to designate expert witnesses and provide report(s) required by RCFC 26(a)(2) | June 29, 2026 |
| Plaintiffs to designate rebuttal expert witnesses and provide rebuttal expert report(s) | August 11, 2026 |

| Close of expert discovery and completion of expert witness depositions | October 13, 2026 |
|---|---|
| Joint status report proposing further proceedings after close of all discovery | October 27, 2026 |

**IT IS SO ORDERED**.

s/ Stephen S. Schwartz
STEPHEN S. SCHWARTZ
Judge