IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHEVRON U.S.A. INC., *et al.*, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 20-1784 |
| v. | ) | (Judge Schwartz) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

JOINT REQUEST FOR STATUS CONFERENCE
TO DISCUSS AMENDING EXPERT DISCOVERY SCHEDULE

Pursuant to Rules 7 and 6(b) of the Rules of the United States Court of Federal Claims, as well as this Court's January 30, 2026 Order, Plaintiffs Chevron U.S.A. Inc., Texaco Inc., and Union Oil Company of California (collectively, "Plaintiffs"), and Defendant, the United States, respectfully request a status conference to discuss amending the scheduling order by extending the expert discovery deadline by approximately six months.

Good cause exists for granting this extension. The parties completed fact discovery on April 3, 2026, and Plaintiffs designated four affirmative expert witnesses and provided their respective reports on May 29, 2026. Plaintiffs' combined expert reports are more than 750 pages in length and contain thousands of pages of exhibits and appendices (including dense and voluminous spreadsheets). The length of these reports reflects the complexity of the claims in this case, the relevant time period which stretches back over 80 years to the World War II era, and the scope of the work Plaintiffs completed that underlies the costs claimed in the case at three separate refineries. The Government's experts have reported that it will take longer than the 60 days currently allowed under the schedule for them to work through this material and

prepare responses.  Additionally, during the last three months of discovery, Plaintiffs produced additional documents totaling 6,615 documents or 141,000 pages that the Government continues to review.  The Government's experts have also requested additional time to review these document productions.

To provide the Government and its experts with adequate time to review Plaintiffs' expert reports and recent document productions, the parties respectfully request the opportunity to discuss extending the deadline for the Government's expert disclosures by three months, or until October 30, 2026.  Similarly, given the volume of Plaintiffs' expert reports and the anticipated scope of Defendant's expert reports, the parties would also like to address extending the time to complete Plaintiffs' rebuttal reports by an additional six weeks, which would provide a total of three months for Plaintiffs' rebuttal reports.  Given the number of experts in this case, the parties also respectfully request the opportunity to discuss extending the time for expert depositions by 30 days (following the submission of rebuttal expert reports), which would provide a total of three months for expert depositions and to close expert discovery.

Having completed fact discovery, the parties continue to work diligently to complete expert discovery in this case.  However, for the reasons stated above and to provide adequate time to complete expert discovery, the parties respectfully submit the following proposed amended discovery schedule:

| | |
|---|---|
| October 30, 2026 | Deadline for Defendant to designate expert witnesses and provide report(s) required by RCFC 26(a)(2). |
| January 29, 2027 | Deadline for Plaintiffs to designate rebuttal expert witnesses and provide rebuttal expert report(s). |
| April 30, 2027 | Close of expert discovery and completion of expert witness depositions. |
| May 14, 2027 | Parties to file a joint status report proposing further proceedings after the close of all discovery. |

Accordingly, the parties respectfully request that the Court schedule a status conference at the Court's convenience to discuss amending the expert discovery schedule in accordance with the proposed schedule set forth above.[1]

|  | Respectfully submitted, |
|---|---|
|  | BRETT A. SHUMATE<br>Assistant Attorney General |
|  | PATRICIA M. McCARTHY<br>Director |
|  | FRANKLIN E. WHITE, JR.<br>Assistant Director |
| /s/ Michael W. Kirk<br>*Counsel of Record*<br>COOPER & KIRK, PLLC<br>1523 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036<br>(202) 220-9600<br>(202) 220-9601 (fax)<br>mkirk@cooperkirk.com | /s Matthew P. Roche<br>MATTHEW P. ROCHE<br>Trial Attorney<br>Commercial Litigation Branch<br>Civil Division<br>United States Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C. 20530<br>Tel:    (202) 616-0466<br>Fax:    (202) 514-8624<br>Matthew.P.Roche@usdoj.gov |
| Attorney for Plaintiffs | Attorneys for Defendant |
| Dated:  July 9, 2026 | Dated: July 9, 2026 |

---

[1]  Government counsel is unavailable July 16-17, 2026, due to a previously scheduled medical procedure.  Plaintiffs' counsel is unavailable on July 22-23, 2026, due to a previously scheduled family trip, and on July 27-30. 2026, due to a previously scheduled trial in the United States District Court for the Middle District of Tennessee.