# In the United States Court of Federal Claims

No. 20-1784C
(Filed: July 10, 2026)

```
**************************************
```
CHEVRON U.S.A. INC., *et al.*,          *
                                         *
              Plaintiffs,                *
                                         *
v.                                       *
                                         *
THE UNITED STATES,                       *
                                         *
              Defendant.                 *
                                         *
```
**************************************
```

## **ORDER**

The Court is in receipt of the parties' joint motion requesting a status conference to discuss amending the expert discovery schedule pursuant to the Court's order of January 30, 2026. The parties have included within their motion a proposed amended schedule. *See* Motion (ECF 74); Order (ECF 73). The motion is hereby **GRANTED IN PART** and **DENIED IN PART**.

The Court **GRANTS** the parties' proposed amended expert discovery schedule which shall govern the case:

| Event | Date |
|---|---|
| Defendant to designate expert witnesses and provide report(s) required by RCFC 26(a)(2) | October 30, 2026 |
| Plaintiffs to designate rebuttal expert witnesses and provide rebuttal expert report(s) | January 29, 2027 |
| Close of expert discovery and completion of expert witness depositions | April 30, 2027 |
| Joint status report proposing further proceedings after close of all discovery | May 14, 2027 |

The parties' request for a status conference is hereby **DENIED**. Because the parties completed fact discovery on schedule and have moved on to expert discovery, and because they have explained their reasons for wanting more expert time, I consider a status conference unnecessary.

**IT IS SO ORDERED**.

s/ Stephen S. Schwartz
STEPHEN S. SCHWARTZ
Judge